UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LABORERS PENSION TRUST FUND —
DETROIT AND VICINITY, et al.,

    Plaintiffs,

v.

                                     Case No. 16-12583

E AND R MASONRY CONSTRUCTION
INCORPORATED, et al.,

    Defendants.
                                          /

**ORDER STAYING CASE WITH RESPECT TO CERTAIN DEFENDANTS**

On October 25, 2016, Defendants Ulices Sanchez, Efrain Sanchez, and BMC Masonry, Inc. filed a notice indicating that each had filed a bankruptcy petition in the preceding month. The court held a telephone status conference to determine the proper course of action in light of the automatic stay, 11 U.S.C. § 362(a)(1), on December 15, 2016. At the conference, counsel agreed that the proceeding be stayed with respect to those Defendants and otherwise continue as scheduled. Accordingly,

IT IS ORDERED that the case is STAYED with respect to Defendants Ulices Sanchez, Efrain Sanchez, and BMC Masonry, Inc.

IT IS FURTHER ORDERED that any party may apply to the bankruptcy court for relief from the automatic stay under 11 U.S.C. § 362(d)-(g).

2

IT IS FURTHER ORERED that Defendants Ulices Sanchez, Efrain Sanchez, and BMC Masonry, Inc. are DIRECTED to notify this court upon the close of the automatic stay.

                                                  s/Robert H. Cleland            /
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: December 16, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 16, 2016, by electronic and/or ordinary mail.

                                                  s/Lisa Wagner            /
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\16-12583.LABRORERS.sever.bankrupt.defendants.tlh.docx